Jon Tristan HOLLAND, Plaintiff–Counter–Defendant–Appellee,

v.

Scott MCDONALD, individually and in his official capacity as an officer with the Hoover Police Department, Robert Myer, individually and in his official capacity as a jailor for the City of Hoover, Defendants–Counter–Claimants–Appellants,

Timothy Pugh, individually and in his official capacity as a jailor for the City of Hoover, Ed Leach, individually and in his official capacity as an officer with the Hoover Police Department, Defendants–Appellants,

Robert Berry, etc., et al., Defendants,

City of Hoover, a municipality organized under the laws of the State of Alabama, Defendant–Counter–Claimant.

No. 08–10057.

United States Court of Appeals, Eleventh Circuit.

Nov. 13, 2008.

Mark S. Boardman, Elizabeth D. Gamble, Boardman, Carr, Weed & Hutcheson, P.C., Chelsea, AL, for Defendants–Counter–Claimants–Appellants and Defendants–Appellants.

Thomas Blake Liveoak, Collins, Liveoak & Boyles, P.C., Birmingham, AL, for Plaintiff–Counter–Defendant–Appellee.

Before BARKETT and WILSON, Circuit Judges, and POGUE,* Judge.

PER CURIAM:

This is an interlocutory appeal in which Officers Scott McDonald, Robert Mayer, Timothy Pugh, and Ed Leach ("Officers"), appeal the denial of their motion for summary judgment on the ground that Jon Tristan Holland's excessive force claim

---

**2.** Because Shaw has not argued that the jury verdict was incorrect, he has abandoned this issue. *Horsley,* 304 F.3d at 1131 n. 1.

* Honorable Donald C. Pogue, United States Court of International Trade, sitting by designation.

against them is precluded by the defense of qualified immunity.

We have reviewed the record and considered the oral argument of counsel. Based thereupon, and accepting Holland's version of the facts, as we must at this stage, we agree with the district court's comprehensive order that disputed issues of material fact exist regarding the use of excessive force.

**AFFIRMED.**